

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 8, 1958

Honorable Robert S. Calvert,　　　　　Opinion No. WW-410.
Comptroller of Public Accounts,
Capitol Station,　　　　　　　　　　　Re:　Questions concerning
Austin, Texas　　　　　　　　　　　　　　　reimbursement to the
　　　　　　　　　　　　　　　　　　　　　　Central Multilith Ser-
　　　　　　　　　　　　　　　　　　　　　　vice, the Motor Pool
　　　　　　　　　　　　　　　　　　　　　　and the Central Supply
　　　　　　　　　　　　　　　　　　　　　　Service for transfers
　　　　　　　　　　　　　　　　　　　　　　made by the Board for
　　　　　　　　　　　　　　　　　　　　　　Texas State Hospitals
Dear Mr. Calvert:　　　　　　　　　　　　　and Special Schools.

　　　　You have requested that this office supplement
Attorney General's Opinion No. WW-351 (1958). In that
opinion it was held that the Board for Texas State Hospitals
and Special Schools had the right to establish a Motor Pool,
a Central Multilith Service and a Central Supply Service to
be used by the institutions under its supervision, and that
the statutory authorization for the creation of those various
services is found in Section 2, Article 3174 (b), Vernon's
Civil Statutes, which created the Board for Texas State
Hospitals and Special Schools.

　　　　In that opinion request the following question was
submitted but not answered:

　　　　　　"If transfers can not be made from the
　　Board itself to an institution, how can the Central
　　Multilith Service, the Motor Pool and the Central
　　Supply Service be reimbursed?"

　　　　You state that you feel it is necessary that the
above question be answered in view of Attorney General's
Opinion No. WW-319 (1957), which contained the following
language:

　　　　　　"It should be pointed out that the
　　Salvage and Surplus Act of 1957, _supra_, specifi-
　　cally exempted only the State 'eleemosynary
　　institutions'. This term was defined in Opinion
　　WW-251, and does not include the Board for Texas
　　State Hospitals and Special Schools _per se_.

Therefore, the transfer of surplus property may
be made from one institution to another, but not
from the Board itself to an institution, or <u>vice
versa</u>, since the property of the Board is covered
by the Salvage and Surplus Act of 1957, and the
powers of the Board are curtailed to that extent."

The above quoted opinion has no application to the
Central Multilith Service, the Motor Pool and the Central
Supply Service, for that opinion deals with surplus property.
Surplus property is considered to be that property that is
unneeded, unwanted or excess property. The supplies and
equipment used by the Multilith Service, the Motor Pool and
the Central Supply Service, cannot be considered surplus nor
is there a transfer of this equipment or supplies when used
by the various institutions.

The 55th Legislature, Regular Session, 1957, pro-
vided in the general Appropriation Bill a procedure by which
each institution under the supervision of the Board for Texas
State Hospitals and Special Schools would have the privilege
of using the Motor Pool, the Central Multilith Service, and
the Central Supply Service, and each institution would pay its
pro rata share for the upkeep of such services.

Therefore, you are advised that Attorney General's
Opinion WW-319 (1957) has no application to the Motor Pool,
the Central Supply Service and the Multilith Service.

You are further advised that there is no transfer of
property from the Board to one of the institutions located
under its jurisdiction when one of the institutions avails
itself of the Motor Pool, Multilith Service and Central Supply
Service. The 55th Legislature in its appropriation bill pro-
vided a procedure to follow by which a Motor Pool, a Central
Multilith Service and a Central Supply Service System could
be established, wherein the various institutions could inter-
change supplies and equipment and pay their proportionate
share of the costs of maintaining these services.

## SUMMARY

No transfer of property is made
whenever institutions under the
supervision of the Board for
Texas State Hospitals and Special

Schools avail themselves of the
Motor Pool, Central Multilith
Service and Central Supply Service.
Also, Attorney General's Opinion
No. WW-319 (1957) is not applicable
to the Motor Pool, Multilith Service
and the Central Supply Service.

Very truly yours,

WILL WILSON
Attorney General of Texas

By Linward Shivers
Linward Shivers
Assistant

LS:pf

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

Riley Eugene Fletcher
Ralph R. Rash
W. O. Shultz

REVIEWED FOR THE ATTORNEY GENERAL

By: W. V. Geppert.